

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-15-00770-CR

Noel **DON JUAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2740
Honorable Melisa Skinner, Judge Presiding

# O R D E R

After we granted the State's first motion for an extension of time to file the brief, it was due on August 5, 2016. On August 8, 2016, the State filed its second motion for extension of time. It requested another thirty-day extension of time to file its brief for a total extension of sixty days.

The State's motion is GRANTED. The State's brief must be filed with this court not later than September 6, 2015. **NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court